UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE UNITED STATES OF AMERICA,
STATE OF MICHIGAN,
*ex rel.* DAVID TURNBULL,

    Plaintiffs/Relator,

vs.

ENCORE REHABILITATION
SERVICES, LLC,

    Defendant.

Civil No. 21-cv-11842
Hon. Matthew F. Leitman

## ORDER OF DISMISSAL

Upon consideration of Plaintiff-Relator's Notice of Voluntary Dismissal and the United States' and the State of Michigan's consent to dismissal:

**IT IS HEREBY ORDERED** that the Complaint in the above-captioned matter is dismissed as follows: (1) with respect to the United States and the State of Michigan, the claims are dismissed without prejudice, and (2) with respect to the Relator, the claims are dismissed with prejudice.

**IT IS SO ORDERED**.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: April 18, 2023

{H0992385 1}

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 18, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
